United States District Court
Northern District of Florida
Panama City Division

Jason Moses,
 Plaintiff,

vs.                                         Case No. 5:23-CV-118-MCR-MJF

John Tate et al,
 Defendants

## Motion To Object to Report and Recommendation

Comes now, Jason Moses, Plaintiff in the above style case to object to the Report and Recommendation that this case be Dismissed Due to abuse of the Judical process as outlined By opposition.

FILED USDC FLND PN
JUN 13 '23 PM 1:03   AK

Page 1 of 6

## I. Back Ground

Defendant John Tate, etal, allege that Plantiff has abused the Judical Prosess and Recomend that Case Be Dismissed as malicious, Frivilous. Due To non-disclosure of prior Litigation. Basically a Technicality Due To my misunderstand of wording on Civil Rights complaint Form.

## II. Discussion

Reason For misunderstanding.

On The Cort Supplied Civil Rights complaint For that Defense Refers, Defense has Refered to Section VIII, Question C. Defense Fails to use the Complete Question as well as Questions that Proceed Section VIII C. To which IF Read In full as plantiff has Done, Defense Takes context of Question Taken In part in an attempt to Turn a Narrative that plaintiff has intentionally mislead the court in an attempt to maliciously File litigation in order To abuse the Judical process To which these allegations are Simply untrue and erronous in

Page 2 of 6

There entirety. When one Reads the Whole of Section VIII there are In fact 3 (three) Questions that one must answer. All three Questions A. B. and C of Section VIII In Complaint Form outline the Information to be divulged For Litigation History. As Such section VIII A ask,... Have you had any case in Federal court Including Federal appellante Court dismissed as frivilous, malicios For failure to state a claim or prior to Service? To which the Answer is NO.

Question B section VIII ask... Have you Filed other lawsuits or appeals in State or Federal court dealing with the Same Facts or Issues involved In This case. To which the answer is NO because this is a New and Seperate Case as well as A New and Seperate Incarceration and has no bearing on prior case.

Now For the Question to which is referred In the Recommendation That was used in part by Defense stated Section VIII Question C ask... Have you Filed any other lawsuits, habeaus corpus petition, or Appeal in State or Federal Court either Challenging your conviction or relating to the conditions of your confinement? To which I Reply NO Truthfully. 1.) I Am a pretrial Detainee so

Page 3 of 6

I have no conviction to challenge in this case. 2.) I have not filed a complaint relating to the confinment in question because this confinment started on Oct. 18 2022, I bonded out on Oct 21, 2022, Bond was violated and I was again arrested on Nov. 4 2022 so the History of this case and confinment in question begin on such date. The Question clearly ask about my conviction or confinment to my layman understanding this does not apply to a case filed in 2020 on an unrelated conviction and confinment that was ended, I was EOS from my sentence and that has no standing on this new confinment this is an honest and strait forward factual statement.

### III  Conclusion.

For the reasons set forth and with the understanding that a dismissal will not Bar plaintiff from refilling complaint but will only prolong time and concure more cost to the court system I Respectfully request that the court take into account

page 4 of 6

That plaintiff as pro se. has limited Knowledge of law, limited Knowledge of procedure, limited access to materials that could Help me in better understand all the above. I am Not intentionally Filing malicious or frivilous Litigation. Evidence of all my allegations exist and a Dismissall of this case will be an injustise to Plaintiffs Civil Right and an attempt to silence the truth. ones Intentions is what one should be judged about. I have In No way, Shape, or Form Filed this litigation to mislead the court in any way by using manipulative-Tactics or Bad Faith litigation as alleged. Therefore I respectfully request this Honorable Court to sustain my objection and allow this case To Proceed to A Jury Trial where the Truth will be Shown.

Respectfully Submitted
Jason B. Moses
Plaintiff
3207 lonny Lindsey Dr.
Bonifay Fl. 32425.

Page 5 of 6

Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion To object has been Furnished by regular U.S. mail To clerk of Court. 1. N. Palafox st. Pensacola Florida. 32502. on this the 9 day of June 2023

Jason moses

Jason Moses
Holmes County Jail
3307 Lonny Lindsey Dr.
Bonifay Fl. 32425

PENSACOLA FL 325
12 JUN 2023 PM 1 L

JUN 13 2023

Clerk of Court
US District Court
1. N. Palafox Street
Pensacola, Fl. 32502

32502-555850